Mickelwait & Young v. The Western Union Telegraph Company, Appellant.

Mistake in Telegram: NO INJURY APPEARS. Defandant telegraph company made a mistake in transmitting a message directing plaintiff's to buy corn at 21½ cents a bushel, instead of 20½, as intended. Plaintiff's bought corn, some at 20 cents and some at 21 cents per bushel, for which the party ordering the purchase gave them 20½ cents, as he intended, leaving plaintiffs a profit of $73. *Held*, in an action for damages for the mistake, that, not having shown that the work of procuring the corn was worth more than the margin of profit received, and having lost no profits on account of the mistake, they could not recover.

*Appeal from Pottawatlamie District Court.—*HON. N. W. MACY, Judge.

MONDAY, JANUARY 28, 1901.

ACTION for damages because of a mistake made in a message received by plaintiffs. A jury was waived, and trial had to the court. From a judgment in plaintff's favor, defendant appeals.—*Reversed.*

*J. B. Rockafellaw* for appellant.

*Shinn & Stilt* for appellees.

WATERMAN, J.—Plaintiffs are engaged in the business of buying and selling grain at the town of Macedonia. On August 27, 1897, one M. T. Russell, of Des Moines, gave to defendant company for transmission to plaintiffs, the following message: "Dated Des Moines, Iowa, August 27th, 1897. To Mickelwait & Young, Macedonia, Iowa: Offer 20½ three corn, or better, your track. M. T. Russell." This was an offer of 20½ cents a bushel for No. 3 corn, or better. As delivered by defendant to plaintiffs, the message read: "Dated Des Moines, Iowa. To Mickelwait & Young, Macedonia, Iowa: Offer 21½ cents three corn, or better, your track. M. T. Russell." On receipt of the message, plaintiffs went into the market and purchased 18,200 bushels of corn for Russell, paying 20 cents per bushel for 16,400 bushels, and 21 cents per bushel for 1,800 bushels. Russell refused to pay more for it than 20½ cents per bushel and it was sold to him at that price. Plaintiffs bring this action to recover what they claim to be their damages.

It is apparent from these facts that plaintiffs have suffered no actual money loss. They paid for the corn:

| | |
|---|---:|
| 16,400 bushels at 20 cents | $3,280 |
| 1,800 bushels at 21 cents | 378 |
| | $3,658 |

. They received for it:

18,200 bushels at 20½ cents.................... $3,731

Leaving them a profit of...................... $73

Plaintiffs claim a loss of profits. If this were a case where loss of profits might be considered, still we think they could not recover. The mistake in the message caused them no loss of profits; for, if it had been correctly transmitted, they would have been in the same situation they now are. They obtained from Russell the exact price fixed in his message as it should have been sent. There is no showing that the work of procuring the corn was worth more than the margin of profit received. Plaintiff's make in argument a claim for one-half cent per bushel for handling the corn. There is no such claim, however, in the petition. It is wholly unnecessary to cite authorities to show that plaintiffs cannot recover damages without first showing some injury.— Reversed.